UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHELE ELLEN SCALPI,                    HON. KENNETH M. KARAS

                 Plaintiff,                Case No.: 14-CV-02126 (KMK)(PED)

                                     **DECLARATION IN**
    -against-                              **SUPPORT OF MOTION**

POLICE OFFICER TINA AMORIM,


                 Defendant.
------------------------------------------------------------X

       ADAM L. RODD, an attorney at law, duly admitted to practice in the State of New York and before this Court, declares under the penalties of perjury, the following:

       1.     I am a member of the firm of DRAKE LOEB PLLC, the attorneys for the defendant, Police Officer Maria Amorim (s/h/a Police Officer Tina Amorim, and referred to herein as Officer Amorim). I am fully familiar with the facts and circumstances set forth herein.

       2.     The instant motion seeks an Order granting Officer Amorim summary judgment dismissing all remaining claims interposed against her by the plaintiff pursuant to FRCP Rule 56.

       3.     This Court is respectfully referred to the submitted Rule 56.1 Statement of Material Facts, the moving Affidavits, and the Exhibit List, for a review of the pertinent facts in this action.

       4.     This Court is respectfully referred to the submitted Memorandum of Law, which sets forth the legal basis supporting the grant of summary judgment in favor of Officer Amorim.

5.  Based on the foregoing submissions, an Order granting the defendant, Officer Amorim, summary judgment is warranted under the facts and law presented herein.

Dated: New Windsor, New York  
      August 11, 2017

                                            ADAM L. RODD (AR-3484)